IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FEIVEL GOTTLIEB RESTATED      :     CIVIL ACTION
                            :
                            :
       v.                        :
                            :
                            :
JOHN J. RIGAS et al.           :     NO. 02-4486

O R D E R

AND NOW, this 18th day of April, 2006, it is

ORDERED that the above-captioned case is removed from the Civil Suspense File to the current docket, and in accordance with the court's procedure for random reassignment of cases, it is

FURTHER ORDERED that this case is reassigned from the calendar of the Honorable Herbert J. Hutton to the calendar of the Honorable Gene E. K. Pratter, and it is

FURTHER ORDERED that this action is closed for statistical purposes and the matter is placed back in the Civil Suspense File.

FOR THE COURT:

HARVEY BARTLE III
Chief Judge

ATTEST:

 s / Michael E. Kunz
MICHAEL E. KUNZ
Clerk of Court