**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FEIVEL GOTTLIEB RESTATED DEFINED BENEFIT TRUST,** *Plaintiff,* | : | **CIVIL ACTION** |
| **v.** | : | |
| **JOHN J. RIGAS et al.,** ***Defendants.*** | : | **No. 02-4486** |

**ORDER**

**AND NOW**, on this 1st day of March, 2018, it is **hereby ORDERED** that the above-captioned action is **DISMISSED** for failure to prosecute.

The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE